**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL HASTINGS, ADC # 110772** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | No. 2:12-cv-00212-SWW-JJV |
| | * | |
| **JACKIE OXNER, Sheriff, Lee County;** | * | |
| *et al*. | * | |
| | * | |
| **Defendants.** | * | |

## ORDER

1.  Service is appropriate for the Defendants Jack Oxner, E. Clay, Captain Barnes, and William Miles.

2.  The Clerk of the Court shall prepare Summons for Defendants.

3.  The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 1) and Summons on Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this <u>7th</u> day of January, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE