**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| MICHAEL HASTINGS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO:  2:12CV00212  SWW |
| JACKIE OXNER, ET AL. | * | |
| | * | |
| Defendants | * | |
| | * | |

### ORDER of DISMISSAL

By order entered February 10, 2014 [ECF No. 84], the Court adopted the findings and recommended partial disposition issued by United States Magistrate Judge Joe. J. Volpe [ECF No. 81], thereby dismissing a portion of Plaintiff's claims on summary judgment.  Now before the Court is a stipulation of dismissal [ECF No. 112], stating that the parties have reached a compromise agreement that resolves Plaintiff's remaining claims.  IT IS THEREFORE ORDERED that, pursuant to the judgment entered together with this order, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 29th DAY OF SEPTEMBER,  2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE