## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| MICHAEL HASTINGS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO:  2:12CV00212  SWW |
| JACKIE OXNER, ET AL. | * | |
| | * | |
| Defendants | * | |

## JUDGMENT

Pursuant to the order entered February 20, 2014 [ECF No. 84], dismissing a portion of Plaintiff's claims on summary judgment, and the stipulation of dismissal filed on September 25, 2015 [ECF No. 112], as to Plaintiff's remaining claims, it is hereby  CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 29TH  DAY OF SEPTEMBER, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE